IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KIMBALL GOINS                                                    PLAINTIFF

VS.                                    CIVIL NO.04-5065

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION          DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, we conclude that the decision
of the Commissioner denying benefits to the Plaintiff is not supported by substantial evidence
and should be reversed and remanded for further consideration pursuant to sentence four of 42
U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket in
which to appeal.**

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access
to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the
judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See
Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),
(d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 15th day of March 2006.


/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE